UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| 2006 CHEVROLET CORVETTE : | Civil Action No.: 1:08-cv-00989 (JR) |
| VIN: 1G1YY26E765131280 : | |
| TONY DEE BYRNE : | |
| : | |
| **Defendant** : | |
| : | |
| : | |

DEFENDANT'S ANSWER TO COMPLAINT FOR FORFEITURE

Comes now Defendant, Tony Dee Byrne, through undersigned counsel, and in answer to the Complaint for Forfeiture, states as follows:

1. Defendant denies the allegations in paragraph 1.

2. Defendant admits the allegations in paragraph 2 through 4.

3. Defendant denies the allegations in paragraph 5 through 13.

4. Defendant admits the allegations in paragraph 14.

5. Defendant denies the allegations in paragraphs 15 through 22.

6. Defendant admits the allegations in paragraph 23.

7. Defendant denies the allegations in paragraph 24.

8. Defendant admits the allegations in paragraph 25 through 28.

**WHEREFORE,** Defendant demands:

1. That the vehicle which is the subject of the instant case be returned to the Defendant forthwith;

2. That Defendant be afforded attorney's fees in connection with this matter; and

3. Defendant demands a trial in this matter.

## AFFIRMATIVE DEFENSES

1. Forfeiture would violate the Fourth and Fourteenth Amendments to the United States Constitution.

2. Forfeiture is the product of illegal conduct.

3. Forfeiture would violate the Eighth Amendment to the United States Constitution.

4. Forfeiture is barred by the statute of limitations.

Respectfully submitted,

_____/s/_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737
(301) 699-0764

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer has been served by first class mail, postage prepaid to William Cowden, 555 Fourth Street, NW, Washington, D.C. 20530 on this 16th day of June, 2008.

_____/s/_____
Nikki Lotze

Case 1:08-cv-00989-JR    Document 2    Filed 06/16/2008    Page 3 of 3