| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | 08 -CV- 989 (JR) |
| | : | |
| One (1) 2006 Chevrolet Corvette | : | |
| Automobile, V.I.N. 1G1YY26E765131280 | : | |

## CLAIM

Comes now Claimant, Tony Dee Byrne, through undersigned counsel, and hereby asserts an interest in the above captioned property as follows:

1. Claimant asserts an ownership interest in one (1) 2006 Chevrolet Corvette automobile, V.I.N. 1G1YY26E765131280.

2. Claimant asserts under the penalty of perjury that he is the true owner of the above listed automobile.

**WHEREFORE,** Claimant Tony Dee Byrne hereby requests that the Court immediately deliver possession of said property to its rightful owner, Claimant.

Respectfully submitted,

_Nikki Lotze_ /s/
Nikki Lotze, #447-881
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737
(301) 699-0764

_Tony B_
Tony Dee Byrne

Susan S Brown
9/20/2009

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Claim has been served by mail on Barry Wiegand, Assistant United States Attorney, 555 4th Street, NW, Washington, D.C. 20530, on this _14_ day of _July_, 2008.

_____
Nikki Lotze