| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | 08 -CV- 989 (JR) |
| | : | |
| One (1) 2006 Chevrolet Corvette Automobile, V.I.N. 1G1YY26E765131280 | : : | |
| | : | |

## CLAIM

Comes now Claimant, Deborah Byrne, through undersigned counsel, and hereby asserts an interest in the above captioned property as follows:

1.  Claimant asserts an ownership interest in one (1) 2006 Chevrolet Corvette automobile, V.I.N. 1G1YY26E765131280.

2.  Claimant asserts under the penalty of perjury that she is the true owner of the above listed automobile.

**WHEREFORE,** Claimant Deborah Byrne hereby requests that the Court immediately deliver possession of said property to its rightful owner, Claimant.

Respectfully submitted,

*Nikki Lotze /jaw*
Nikki Lotze, #447-881
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737
(301) 699-0764


*Deborah Byrne*
Deborah Byrne


*Susan S[...]*
9/20/2009

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Claim has been served by mail on Barry Wiegand, Assistant United States Attorney, 555 4th Street, NW, Washington, D.C. 20530, on this ___14___ day of ___July___, 2008.

*/s/ Nikki Lotze*

Nikki Lotze