## UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| v. : | 08 -CV- 989 (JR) |
| : | |
| **One (1) 2006 Chevrolet Corvette** : | |
| **Automobile, V.I.N. 1G1YY26E765131280** : | |

### DEFENDANT'S ANSWER TO COMPLAINT FOR FORFEITURE

Comes now Respondent, Deborah Byrne, through undersigned counsel, and hereby answers the complaint for forfeiture as follows:

1. Defendant denies the allegations in paragraph 1.

2. Defendant admits the allegations in paragraph 2 through 4.

3. Defendant denies the allegations in paragraph 5 through 13.

4. Defendant admits the allegations in paragraph 14.

5. Defendant denies the allegations in paragraph 15 through 22.

6. Defendant admits the allegations in paragraph 23.

7. Defendant denies the allegations in paragraph 24.

8. Defendant admits the allegations in paragraph 25 through 28.

**WHEREFORE,** Defendant demands:

1. That the vehicle which is the subject of the instant case be returned to the Defendant forthwith;

2. That Defendant be afforded attorney's fees in connection with this matter; and

3. Defendant demands a jury trial in this matter.

## AFFIRMATIVE DEFENSES

1. Forfeiture would violate the Fourth and Fourteenth Amendments to the United States Constitution.

2. Forfeiture is the product of illegal conduct.

3. Forfeiture would violate the Eighth Amendment to the United States Constitution.

4. Forfeiture is barred by the statute of limitations.

Respectfully submitted,

_____/s/_____
Nikki Lotze, #447-881
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737
(301) 699-0764

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer, Counterclaim, and Cross-claim have been served by mail on Barry Wiegand, Assistant United States Attorney, 555 4th Street, NW, Washington, D.C. 20530, on this _____14_____ day of _____July_____, 2008.

_____/s/_____
Nikki Lotze