```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,         :
                                  :
         Plaintiff,               :
                                  :
    v.                            :  Civil Action No. 08-0989 (JR)
                                  :
ONE 2006 CHEVROLET CORVETTE       :
AUTOMOBILE, VIN NUMBER            :
1G1YY26E765131280,                :
                                  :
         Defendant.               :
```

### SCHEDULING ORDER

The parties' joint meet and confer statement [8] has been reviewed and is approved. It is **ORDERED** that discovery begin immediately and is to be completed February 6, 2009. Rule 26(a)(2) statements by proponents are due October 24, 2008 and opponents' are due November 24, 2008. It is

**FURTHER ORDERED** that dispositive motions, if any, are due March 23, 2009, with oppositions due April 23, 2009 and replies due May 8, 2009. It is

**FURTHER ORDERED** that the final pretrial conference is set for **4:30 p.m. on June 9, 2009,** and that a trial date will be set at the final pretrial conference. It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion. And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery

will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance date set forth in this scheduling order.**

                                            JAMES ROBERTSON
                                United States District Judge